```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____
                                   :
LAWRENCE MASSARO,                  :
                                   :
         Plaintiff,                :   Civ. No. 13-6958 (NLH)
                                   :
    v.                             :   MEMORANDUM OPINION
                                   :
KAREN BALICKI, et al.,             :
                                   :
         Defendants.               :
_____:

APPEARANCES:
Lawrence Massaro
752-754 W Grand St, Apt 7b
Elizabeth, NJ 07202
     Plaintiff Pro se

HILLMAN, District Judge

**THIS MATTER** having been opened by the Court sua sponte, and it appearing that:

    1. Plaintiff Lawrence Massaro ("Plaintiff") filed this civil rights action in 2013 while he was incarcerated in state prison. (ECF No. 1.)

    2. In August 2016, after the case had been administratively terminated several times for incomplete in forma pauperis applications, Plaintiff paid the filing fee and the Court screened the complaint and allowed it to proceed in part. (ECF Nos. 22, 23.) Though summons were issued, it does not appear that any defendants were served.

3. In March 2017, Plaintiff filed a new civil action, which was assigned to the Honorable Michael A. Shipp, U.S.D.J. in the Trenton vicinage. Massaro v. Shah, Civil Action No. 17-1670. However, because it appeared that the complaint in that matter was actually an attempt to file an amended complaint in the instant matter, in September 2017, Judge Shipp entered an order closing the matter before him and directing the Clerk to file that complaint as an amended complaint in the matter before this Court. (Id. at ECF No. 7.)

4. In July 2017, while that matter was pending before Judge Shipp, Plaintiff was released from prison. https://www20.state.nj.us/DOC_Inmate/details?x=1376212&n=0. Plaintiff provided an initial notice of change of address when he was first released from prison, and a second one when he moved. (Id. at ECF Nos. 5, 6.)

5. However, the most recent address he provided, on West Grand Street in Elizabeth, New Jersey, does not appear to be current as the copy of Judge Shipp's September 2017 Order sent to him there was returned to the Court as undeliverable. (Id. at ECF No. 8.)

6. Local Civil Rule 10.1(a) requires that "[c]ounsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being

apprised of such change by filing a notice of said change with the Clerk.").

7. Based on Petitioner's failure to update his address in compliance with Local Civil Rule 10.1, the Court will administratively terminate this matter. If Petitioner updates his address and otherwise satisfies all appropriate Rules, the Court will re-open this action.

8. An appropriate order follows.


Dated: January 5, 2018          s/ Noel L. Hillman
At Camden, New Jersey      NOEL L. HILLMAN, U.S.D.J.